JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MORALES,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT KERNAN, Warden,<br><br>    Respondent. | Case No. 2:19-cv-01394-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of the U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 28, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE